EXT. #1

The Law Office of
MICHAEL OVENS
220 Grant Street, Suite 302 • Pittsburgh, PA 15219

David Curran
Inmate #30701-068
Federal Correctional Institute – Manchester
805 Fox Hollow Road
Manchester, Kentucky 40962

Re: *United States v. David Curran*, 2:19-cr-8

Date: September 21, 2026

Dear Mr. Curran,

In July of 2021, I was appointed to represent you in the above-captioned case.

In preparation for trial, I filed pretrial motions challenging the admissibility of a particular exhibit, specifically what was later introduced at trial as exhibit 29 – a package that was sent to your federal correctional institute. The challenge was to the authentication of that particular exhibit.

I did not raise any hearsay objections to markings added to the exhibit, or to testimony about what was told to you when the exhibit reached the institution, either at trial or in a pretrial motion.

Not making those objections was not part of any strategic plan or decision on my part. It was an oversight. In retrospect, I would have made those objections in addition to the authentication objections, due to the crucial nature of this piece of evidence at trial.

Sincerely,

Mike Ovens

CC: file